UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DARIEL AKINS,

                            Plaintiff,

v.                                                              ORDER

ANNE PECUNIA and ANDREW PECUNIA,              25-CV-07608 (PMH)

                            Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Parties are directed to submit a letter to the Court via ECF, on or before February 3,

2026, advising the Court of the status of mediation.


SO-ORDERED:

 Dated:  White Plains, New York
         January 27, 2026

                                        _____
                                        Philip M. Halpern
                                        United States District Judge