UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DARIEL AKINS,

Plaintiff,

-against-

ANNE PECUNIA, *et al.*,

Defendants.
----------------------------------------------------------------x

**RESCHEDULING ORDER**

25 Civ. 7608 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The telephonic status conference scheduled for **Thursday, December 3, 2026, at 11:00 a.m.** before Magistrate Judge Krause is hereby rescheduled to **Thursday, December 3, 2026, at 3:30 p.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: October 13, 2026
White Plains, New York

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge